JOHN B. BULLINGER and Another, Respondents, v. SOPHIA BULLINGER, Individually and as Surviving Executor, etc., of BALTHASER BULLINGER, Deceased, and as Executor of MARY BULLINGER, Deceased, and Others, Respondents.   JOHN SCHEIB, Appellant.— Order affirmed, without costs, upon condition that the respondent shall produce a written offer to purchase, binding upon the prospective purchaser until the time of the sale, with an undertaking on the part of the purchaser in the sum of $1,000, or a deposit of that amount, that he will on the sale bid at least $10,000 under the terms and conditions provided for the sale in the judgment, and in the event of the failure to produce such offer and deposit or undertaking within ten days after service of this order, the order appealed from is reversed, with ten dollars costs and disbursements, and the motion denied.   All concur; Sears, J., not sitting.

EDMOND CHARLES GETTY, Respondent, v. NORMA GETTY, Appellant.— Interlocutory judgment affirmed, without costs.   All concur; Sears, J., not sitting. [See 202 App. Div. 859.]

ELLEN A. LONG, as Administratrix, etc., of EDWARD R. LONG, Deceased, Respondent, v. JAMES C. DAVIS, Director-General of Railroads, etc., Appellant.— Judgment and order affirmed, with costs.   All concur; Sears, J., not sitting.

THEODORE S. BANKS, Respondent, v. HOME NOODLE MANUFACTURING COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concur; Sears, J., not sitting.

CHARLES E. PURDY and Others, Respondents, v. MARY EVELYN SMITH, Appellant.— Judgment affirmed, with costs.   All concur; Sears, J., not sitting.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROCHESTER & SYRACUSE RAILROAD CO., INC., and Others, Respondents, v. THE BOARD OF SUPERVISORS OF CAYUGA COUNTY and Another, Appellants.— Order affirmed, with costs.   Held, in view of the fact that the time usually fixed for the annual meeting of the board of supervisors is at hand, the term " forthwith " in the order may be deemed to mean the time of the annual meeting of the board.   All concur; Sears, J., not sitting.

In the Matter of the Joint Petition of the TOWN BOARD OF THE TOWN OF CUBA, ALLEGANY COUNTY, and Another, etc., Respondents, that an Existing Highway Under-Crossing of the GENESEE RIVER RAILROAD (Now Merged in the Erie Railroad), Appellant, in Said Town and County, Be Changed.— Order affirmed, with costs.   All concur; Sears, J., not sitting.

HAROLD SALZMAN, an Infant, by CHARLES SALZMAN, His Guardian ad Litem, Respondent, v. IROQUOIS NATURAL GAS COMPANY, Appellant.— Judgment and order affirmed, with costs.   All concur; Sears, J., not sitting.

ANNA C. VAN EPPS, Appellant, v. JESS D. MCKENNEY, Respondent.—Appeal dismissed, without costs, upon stipulation filed.

GEORGE BARTHOLOMEO, Respondent, v. NORTH RIVER INSURANCE COMPANY OF THE CITY OF NEW YORK, Appellant.— Motion to dismiss appeal granted, unless appellant shall file and serve printed papers and printed briefs by November fourth, and shall be ready for argument on November fourteenth.

GRANGER & COMPANY and EMPIRE PRODUCE COMPANY, Plaintiffs, v. HARRY L. ALLEN, as Trustee, and CHARLES W. FINK and Others, Defendants.—Application for stay pending appeal granted.